JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MAYIS NAZARYAN, | ) | Case No. 5:26-cv-03185-DTB |
| | ) | |
| Petitioner, | ) | **J U D G M E N T** |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES JANECK, in his official capacity as Warden, Adelanto ICE Processing Center, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ shall be issued requiring Respondents to immediately release Petitioner Mayis Nazaryan (A# 244-296-427) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and re-detained and to return all of Petitioner's property confiscated from him during his arrest and processing into detention. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the

1

government bears the burden of proving that Petitioner is a flight risk or danger to the community.  Respondents shall to file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: June 26, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE